dated April 8, 1970, which denied appellant's motion for reargument, dismissed, without costs. An order denying reargument is not appealable. Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.

■ KRASNE-CLINTON FOOD, INC., Respondent, v. KEY SUPER MARKET INC., et al., Appellants.—

■ JEFFREY SHERWOOD, as Administrator of the Estate of BARBARA SHERWOOD, Deceased, Respondent, v. ELI LILLY AND COMPANY, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

(January 25, 1971)

■ DENISE BALSAM, an Infant, by FRANCES BALSAM, Her Parent and Natural Guardian, et al., Respondents, v. FRANK NICOLOSI BUILDING Co., INC., et al., Defendants, and MOLLOY & MURRAY CONTRACTING Co., Appellant.—